**SEALED**

BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for UNITED STATES OF AMERICA

**FILED**

JAN 30 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING WARRANTS AUTHORIZING THE INSTALLATION AND USE/MONITORING OF A MOBILE TRACKING DEVICES | CASE NO. 2:15-SW-0018 KJN<br><br>**ORDER AUTHORIZING WARRANTS**<br><br>**Under Seal** |

This matter came before the Court on an application and affidavit of Postal Inspector Dustin Warner, of the United States Postal Inspection Service (USPIS) pursuant to Rule 41 of the Federal Rules of Criminal Procedure, Title 18, United States Code, Section 3117, and Title 28, United States Code, Section 1651, for a tracking device warrant and order authorizing the installation and use/monitoring of a global positioning system ("GPS") mobile tracking device:

1) (MSN) on a white 2004 Saturn, bearing California license plate 7HYS996, with Vehicle Identification Number (VIN) 1G8AJ52FX4Z124837, registered in California to Gina Salvador and Keri Southwood at 9429 Village Tree Drive, Elk Grove, California.

2) (how) on a white 2001 Volvo, bearing California license plate 7FUW514, with Vehicle Identification Number (VIN) YV1VS29531F673044, registered in California to Leonard Velasco at 5906 Corrin Way, Elk Grove, California

3) (KJN) on a gray 2014 Chrysler, bearing California license plate 7EKG340, with Vehicle Identification Number (VIN) 1C3CCBAB5EN213654, rented to Gina Salvador at 9429 Village Tree Drive, Elk Grove, California

The Court FINDS that there is probable cause to believe that installation and use/monitoring of a tracking device on each of the Subject Vehicles will result in the identification of stash houses and other locations used by subjects for rifling, sorting, and profiling stolen U.S. Mail and processing stolen i.d. information for purposes of bank fraud, credit card fraud and other related offenses under 18 USC 1344, 1029, 1028A, 1708.

The Court also finds that, pursuant to Title 18, United States Code, Section 3103a(b), there is reasonable cause to believe that providing immediate notification following the execution of the warrant may have an adverse result as defined at Title 18, United States Code, Section 2705(a)(2), namely, flight from prosecution, destruction of or tampering with evidence, and otherwise seriously jeopardizing this investigation.

IT IS HEREBY ORDERED that Postal Inspector Warner, other federal law enforcement officers, and authorized law enforcement personnel working under their direction may install and use/monitor a tracking devices in or on the Subject Vehicles wherever the Subject Vehicles are located in the Eastern District of California, including surreptitiously entering onto private property, and invading any curtilage at any residence, but not any fully enclosed structures, if deemed necessary, in the discretion of the officers placing the tracking device warrant to do so, to safely execute the warrant.

IT IS FURTHER ORDERED that Postal Inspector Warner, other federal law enforcement officers, and authorized law enforcement personnel working under their direction are authorized to surreptitiously enter onto private property wherever the Subject Vehicles are located, including the curtilage surrounding any residence and the outside of any enclosed buildings, to effect said installation and removal of the tracking device within the Eastern District of California, at any hour of the day or night for the purpose of installing and removing the electronic tracking device, and to re-enter the Subject Vehicles at any time day or night to repair or replace the tracking device if it should malfunction or become inoperable.

IT IS FURTHER ORDERED THAT Postal Inspector Warner, other federal law enforcement officers, and authorized law enforcement personnel working under their direction are authorized to use that tracking device in or on the Subject Vehicles, for a period of thirty days following the issuance of the warrant, including when the tracking device is inside private garages and other locations not open to

1  the public or visual surveillance, when the Subject Vehicle are within or outside the Eastern District of
2  California within the United States.
3        IS FURTHER ORDERED that federal law enforcement officers and/or other authorized officers
4  shall complete the installation of the tracking device authorized by this warrant within ten (10) days
5  from the date of issuance of this warrant, and that the executing officer return this warrant to a United
6  States Magistrate Judge within 10 calendar days after the use of the tracking device has ended.
7        IT IS FURTHER ORDERED that, pursuant to Rule 41(f)(3) of the Federal Rules of Criminal
8  Procedure and Title 18, United States Code, Section 3103a(b), notification and service of the warrant on
9  the person who was tracked or whose property was tracked may be delayed for a reasonable period not
10 to exceed forty-five (45) days after the date monitoring ends, unless further extended by the Court for
11 good cause.  The Court hereby finds that the facts of the case justify a longer period of delay.  Seizure of
12 any tangible property, any wire or electronic communication (as defined in Section 2510), or, except as
13 expressly provided in Chapter 121 of Title 18 of the United States Code, any stored wire or electronic
14 information is prohibited.
15       IT IS FURTHER ORDERED that the federal law enforcement officer executing the warrant
16 shall within a reasonable period not to exceed forty-five (45) days, after the use of the tracking device
17 has ended serve a copy of this warrant on the person who was tracked or whose property was tracked
18 absent further order of the Court.  Service may be accomplished by delivering a copy to the person who,
19 or whose property, was tracked; or by leaving a copy at the person's residence or usual place of abode
20 with an individual of suitable age and discretion who resides at that location and by mailing a copy to
21 the person's last known address.
22 ///

1   IT IS FURTHER ORDERED that the application and affidavit, and this Warrant and Order be
2   filed under seal until further order of this Court, except that the Court's order in full or redacted form
3   may be served on special agents and other investigative and law enforcement officers of the USPIS,
4   federally deputized state and local law enforcement officers, and other government and contract
5   personnel acting under the supervision of such investigative or law enforcement officers, as necessary to
6   effectuate the Court's Order.

7   IT IS SO ORDERED.

8   DATED: Jan 28, 2015

Honorable KENDALL J NEWMAN
United States Magistrate Judge