1 | BENJAMIN B. WAGNER
United States Attorney
2 | MICHELLE RODRIGUEZ
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | (916) 554-2700



FILED

FEB 12 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re: Sealed Search Warrants ) MAG NO. 15-030-dad
) MISC NO. 15-018-kjn
) SW NO. 15-038-dad
)
) ORDER GRANTING U.S. MOTION TO UNSEAL
) COMPLAINT, TRACKER WARRANTS, SEARCH
) WARRANTS AND ALL ACCOMPANYING
) DOCUMENTS

HEREBY, and for good cause, the United States' motion to unseal the COMPLAINT in MAG NO. 15-030-dad; the tracker warrants in MISC NO. 15-018-kjn; and the search warrants in SW NO. 15-038-dad, and all accompanying documents in the above captioned matters, IS GRANTED. As represented by the United States the subjects of the underlying investigation were arrested on about 2/12/15 obviating further need for sealing these documents.

DATED: 2/12/2015

CK DELANEY
US MAGISTRATE JUDGE

Carolyn K. Delaney
U.S. Magistrate Judge